UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JASON CROSEN,<br><br>              Plaintiffs,<br><br>  vs.<br><br>WINDHAM PROFESSIONALS, INC. et al.,<br><br>              Defendants. | NO. CV-13-00159-JLQ<br><br>ORDER DIRECTING ENTRY OF JUDGMENT AND CLOSING FILE |

    BEFORE THE COURT is a "Stipulated Notice of Voluntary Dismissal" (ECF No. 4) filed by Plaintiff.  There has been no entry of appearance on behalf of any Defendant in this matter, however counsel for Plaintiff represents that "the parties, by and through their counsel of record" have agreed to voluntarily dismiss the action **with prejudice** and without an award of fees or costs.  As there has been no answer, Plaintiff may voluntarily dismiss the action without order of the court pursuant to Fed.R.Civ.P. 41(a).

    **IT IS HEREBY ORDERED**:

    The Clerk shall enter judgment of dismissal of the Complaint and the claims therein **with prejudice** and without costs or attorneys fees to any party.

    **IT IS SO ORDERED**.  The Clerk is hereby directed to enter this Order and judgment, furnish copies to counsel, and close this file.

    **DATED** this 15th day of June,

                            s/ Justin L. Quackenbush
                          JUSTIN L. QUACKENBUSH
                SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1