# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JASON CROSEN,

*Plaintiff*

v.

WINDHAM PROFESSIONALS, INC., et al.,

*Defendant*

Civil Action No.  CV-13-159-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff filed a Stipulated Notice of Voluntarily Dismissal, as there has been no answer, Plaintiff may voluntarily dismiss the action, and therefore, Plaintiff's Complaint and the claims therein are dismissed with prejudice and without any costs or attorneys fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Justin L. Quackenbush  on a motion for Voluntary Dismissal.  Plaintiff's Complaint and the claims therein are dismissed with prejudice.

Date:  June 17, 2013

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb